**Morile GUERET, Appellant,**

v.

**Clem P. PERRIN, Sr., et al., Appellees.**

**No. 18231.**

United States Court of Appeals
Fifth Circuit.

June 9, 1960.

John E. Jackson, Jr., New Orleans, La., for appellant.

Marcel Livaudais, Jr., New Orleans, La., for appellees.

Before TUTTLE, CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

We have carefully considered this appeal. We are of the opinion that the judgment of the District Court should be

Affirmed.

**Virginia W. Stettinius DUDLEY et al., Petitioners on Review,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 314, Docket 26073.**

United States Court of Appeals
Second Circuit.

Argued May 11, 1960.

Decided June 20, 1960.

George E. Cleary, New York City, for petitioners.

Grant Wiprud, Atty., Dept. of Justice, Washington, D. C. (Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson, Harry Baum, and Melvin L. Lebow, Attys., Dept. of Justice, Washington, D. C.), for respondent.

Before CLARK, MEDINA and MOORE, Circuit Judges.

PER CURIAM.

Decision of the Tax Court of the United States affirmed on the findings of fact and opinion of Judge Raum reported at 32 T.C. 564.

**Dora A. HOWSER and Madge Howser, Appellants,**

v.

**UNITED STATES of America, Appellee.**

**No. 18207.**

United States Court of Appeals
Fifth Circuit.

June 17, 1960.

Madge Howser, Dora A. Howser, in pro. per.

Hugh Nugent, Roger P. Marquis, Dept. of Justice, Washington, D. C., Perry W. Morton, Asst. Atty. Gen., Charles D. Read, Jr., U. S. Atty., Atlanta, Ga., Slaton Clemmons, Asst. U. S. Atty., Atlanta, Ga., for appellee.

Before TUTTLE, CAMERON and WISDOM, Circuit Judges.

PER CURIAM.

We have carefully considered the contentions of appellants, appearing pro se. The trial was carefully conducted by the able trial judge under difficult circumstances. We find no error.

The judgment is affirmed.